# United States Court of Appeals
## For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 15-1074 | September Term, 2014 |
| | NLRB-31CA028667 |
| | NLRB-31CA028889 |
| | NLRB-31CA028738 |
| | NLRB-31CA028944 |
| | NLRB-31CA028589 |
| | NLRB-31CA029076 |
| | NLRB-31CA029099 |
| | NLRB-31CA028661 |
| | NLRB-31CA029124 |
| | NLRB-31CA028700 |
| | NLRB-31CA029032 |
| | NLRB-31CA028890 |
| | NLRB-31CA028734 |
| | NLRB-31CA028733 |
| | NLRB-31CA028799 |

Filed On: August 20, 2015 [1568954]

Ampersand Publishing, LLC,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Graphics Communications Conference of
the International Brotherhood of Teamsters,
    Intervenor

------------------------------

Consolidated with 15-1130

## O R D E R

    Upon consideration of the motion of counsel for petitioner to withdraw, and the lack of any response thereto, it is

    **ORDERED** that the motion to withdraw be granted, and the appearance of L.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1074**                                        **September Term, 2014**

Michael Zinser, Esq., and Glenn E. Plosa, Esq., be terminated in these cases.  It is

      **FURTHER ORDERED** that briefing in these cases be suspended pending further order of the court.  It is

      **FURTHER ORDERED**, on the court's own motion, that by September 21, 2015, petitioner either (1) have new counsel enter an appearance in these cases or (2) show cause why No. 15-1074 case should not be dismissed. See Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201- 03 (1993) (citing cases holding that corporations, partnerships, or associations may not appear in federal court other than through licensed attorney). The response to the order to show cause may not exceed 20 pages. Failure by petitioner to comply with this order will result in dismissal of No. 15-1074 for lack of prosecution. See D.C. Cir. Rule 38.

      The Clerk is directed to send a copy of this order to petitioner by certified mail, return receipt requested, and by first class mail.

                                                             **FOR THE COURT:**
                                                             Mark J. Langer, Clerk

                                 BY:     /s/
                                                Mark A. Butler
                                                Deputy Clerk