# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Ampersand Publishing, LLC

　　　　　　　　　　　**v.**　　　　　　　　　　**Case No:** 15-1074

National Labor Relations Board

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)　　( ) Appellee(s)/Respondent(s)　　( ) Intervenor(s)　　( ) Amicus Curiae

Ampersand Publishing, LLC

Names of Parties　　　　　　　　　　　　　　　　Names of Parties

### Counsel Information

**Lead Counsel:** C.D. Michel

**Direct Phone:** (562) 216-4441　**Fax:** (562) 216-4447　**Email:** cmichel@michellawyers.com

**2nd Counsel:**

**Direct Phone:** (　) 　　　**Fax:** (　) 　　　**Email:**

**3rd Counsel:**

**Direct Phone:** (　) 　　　**Fax:** (　) 　　　**Email:**

**Firm Name:** Michel & Associates, P.C.

**Firm Address:** 180 East Ocean Blvd., Suite 200, Long Beach, CA 90802

**Firm Phone:** (562) 216-4444　**Fax:** (562) 216-4447　**Email:** cmichel@michellawyers.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)